IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-cv-80363**

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

GOLFKNICKER.COM, LLC.,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar, S.A., and Melvino Technologies Limited and Defendant, GolfKnicker.com, LLC., together with its parent, subsidiaries and affiliates, hereby stipulate and agree that all claims, defenses and counterclaims asserted, sought to be asserted, or that could have been asserted in this lawsuit as between Plaintiffs (or either one of them), on the one hand, and Defendant, together with its parent, subsidiaries and affiliates, on the other hand, are dismissed with prejudice. The parties waive all rights of appeal, and each party shall bear its own attorneys' fees and costs.

Dated: May 13, 2015

s/Jason P. Dollard[1]
JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiffs

---

[1] I, Jason P. Dollard, Esquire, hereby confirm I have the express permission from Joe Parisi owner of Defendant, GolfKnicker.com, LLC, who did not have a Notice of Appearance filed by counsel, to file this Stipulated Dismissal of Claims.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

**Joe Parisi-Owner**
750 Pickering Drive
Murrells Inlet, SC 29576
(800) 940-9415-Telephone
Email: jparisi@golfknickers.com
*Owner of Defendant GolfKnicker.com, LLC.*